UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ZLATKO PEHAR and<br>MARY PEHAR<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 08-31891<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Carol A. Doyle |

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion of the Debtors, ZLATKO PEHAR and MARY PEHAR, by and through their attorneys, for Entry of Final Decree, the Court having entered an Order Confirming the Debtors' Third Amended Joint Plan of Reorganization on December 20, 2011, notice of said Motion having been given, no objections having been filed or otherwise presented, and the Court being fully advised in the premises:

It appearing to the court that the Third Amended Joint Plan of Reorganization has been substantially consummated; and accordingly,

IT IS HEREBY ORDERED that notwithstanding the entry of this Final Decree, the Court specifically reserves jurisdiction with respect to enforcing payment of all approved administrative professional fees due and owing to Debtor's bankruptcy counsel, Crane, Heyman, Simon, Welch & Clar; and

IT IS FURTHER ORDERED that the estate is hereby closed.

Enter: /s/ Carol A. Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 16, 2012

**Prepared by:**

DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
(312) 641-6777